JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>HAROUT SARAFIAN,<br><br>Defendant/Petitioner | Case No. EDCV 15-3545 VAP<br>(EDCR 09-0068 VAP)<br><br>**Judgment**<br>**[Doc. No. 1]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

I**T IS SO ORDERED.**

Dated: April 27, 2020

					_____
					Virginia A. Phillips
					Chief United States District Judge

1